# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| STIMWAVE TECHNOLOGIES ) | Bankruptcy Case No.: 22-10541 (TMH) |
| INCORPORATED, et al., ) | Bankr. BAP No. 24-0002 |
| ) | |
| Debtors. ) | |
| _____ ) | |
| GARY PERRYMAN, LAURA ) | |
| PERRYMAN and BRANDYN PERRYMAN, ) | |
| ) | |
| Appellants, ) | |
| ) | |
| v. ) | Civil Action No. 24-199-JLH |
| ) | |
| STIMWAVE TECHNOLOGIES ) | |
| INCORPORATED, ) | |
| ) | |
| Appellee. ) | |
| _____ ) | |

## **ORDER**

At Wilmington, Delaware, this **18th day of March 2024;**

WHEREAS, pursuant to Section 1 of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District ("Procedures"), dated July 19, 2023, the Court conducted an initial review of this matter, including having gathered information from the parties and their counsel, in order to determine the appropriateness of mediation for the case;

WHEREAS the parties do not agree as to whether mediation would be helpful, and in light of appellee's correspondence, the Court does not believe that mediation would be useful at this stage;

THEREFORE, pursuant to Section 1 of the Procedures, the Court determines that

mediation is not appropriate in this matter and recommends that the assigned District Judge issue an order withdrawing the matter from mediation. The parties should address any request for entry of a briefing schedule to the assigned District Judge in this matter.

*Christopher J. Burke*
Christopher J. Burke
UNITED STATES MAGISTRATE JUDGE