IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>STIMWAVE TECHNOLOGIES,<br>INCORPORATED, et al.,<br><br>　　　　Debtor.<br>_____<br>GARY PERRYMAN, et al.,<br><br>　　　　Appellants,<br><br>　　v.<br><br>STIMWAVE TECHNOLOGIES<br>INCORPORATED,<br><br>　　　　Appellee.<br>_____ | ) Chapter 11<br>) Bk. No. 22-10541 (TMH)<br>) BK. BAP No. 24-00002<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 24-199-JLH<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **<u>ORDER</u>**

At Wilmington this 17th day of April 2024, having received a recommendation from Magistrate Judge Christopher J. Burke that this case be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this court;

IT IS ORDERED that the recommendation is accepted and briefing on this bankruptcy appeal shall proceed in accordance with the following schedule:

1. Appellant's brief in support of the appeal is due on or before **May 17, 2024.**

2. Appellees' brief in opposition to the appeal is due on or before **June 17, 2024.**

3. Appellant's reply brief is due on or before **July 1, 2024.**

_____
The Honorable Jennifer L. Hall
United States District Judge